PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED  
U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA  
05 JUN 28 PM 2: 41  
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT  
DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Docket # 8:98CR123-2

Brian D. Schrawyer

On August 26, 1999, Brian D. Schrawyer was sentenced to 63 months custody, to be followed by 3 years supervised release. The period of supervised release commenced February 7, 2003. Brian D. Schrawyer has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Brian D. Schrawyer be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _28_ day of _June_, 2005.

The Honorable Thomas M. Shanahan  
Senior United States District Judge